UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 4:95MC86 CDP |
| SYLVESTER JONES, ) | |
| ) | |

**MEMORANDUM AND ORDER**

Before the Court is Sylvester Jones' motion to appeal in forma pauperis. On April 19, 2005, this Court ordered that Jones' complaint and related documents received on April 18, 2005 be returned to him without filing, for failure to comply with this Court's en banc order of April 10, 1995.

A district court may deny leave to appeal in forma pauperis if it finds that the appeal is not taken in good faith. Fed. R. App. P. 24(a)(3)(A). Jones' appeal and request to proceed in forma pauperis in this matter are not taken in good faith. This Court has clearly set out for Jones the procedures with which he must comply when he wishes to submit a pro se complaint for filing. He has not attempted to comply with these procedures. Therefore,

**IT IS HEREBY ORDERED** that Jones' motion for leave to proceed on appeal in forma pauperis [#85] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of June, 2005.